AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gillmor, Helen | U.S. District Court | 04/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

300 Ala Moana Blvd
Room C-400
Honolulu, Hawaii 96850

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Hawaii Women's Legal Foundation |
| 2. | Director | Jon Van Dyke Institute |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01-12/2015 | Pension from State of Hawaii 01/01/2015-12/31/2015) |
| 2. 01-12/2015 | Payment from Jack Schweigert AAL |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gillmor, Helen** | 04/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA # 1 Charles Schwab | | | | | | | | | |
| 2. Apollo Inv. | A | Dividend | J | T | Buy | 03/19/15 | J | | |
| 3. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 4. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 5. Chesapeake Energy | A | Dividend | J | T | Buy (add'l) | 03/30/15 | J | | |
| 6. | | | | | Buy (add'l) | 05/07/15 | J | | |
| 7. Citigroup | A | Dividend | | | Sold | 02/26/15 | J | | |
| 8. Chico's Fashion | A | Dividend | J | T | | | | | |
| 9. Coca Cola | A | Dividend | J | T | Buy | 03/30/15 | J | | |
| 10. Equity Commonwealth | A | Dividend | K | T | | | | | |
| 11. Cohen & Steers REIT | A | Dividend | J | T | Sold (part) | 04/06/15 | J | A | |
| 12. | | | | | Sold (part) | 12/16/15 | J | A | |
| 13. Co. Vale de Rio | A | Dividend | | | Sold | 02/13/15 | J | | |
| 14. Conoco Phillips | A | Dividend | J | T | | | | | |
| 15. Diana Shipping | A | Dividend | J | T | | | | | |
| 16. Duke Energy 5.125% | A | Interest | J | T | Sold (part) | 12/31/15 | J | A | |
| 17. Exxon Mobil | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Freeport McMoran | A | Dividend | J | T | | | | | |
| 19. Frontier Com | A | Dividend | K | T | Sold (part) | 02/10/15 | J | A | |
| 20. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 21. | | | | | Buy (add'l) | 05/15/15 | J | | |
| 22. Phillips 66 | A | Dividend | J | T | | | | | |
| 23. Plans American Pipeline | A | Dividend | J | T | Buy (add'l) | 08/18/15 | J | | |
| 24. Powershares Exc. Traded | A | Dividend | | | Sold (part) | 02/20/15 | J | B | |
| 25. | | | | | Sold | 06/18/15 | J | B | |
| 26. Prestige Brands | | None | J | T | Sold (part) | 05/29/15 | J | B | |
| 27. | | | | | Sold (part) | 08/14/15 | J | B | |
| 28. RuthsChris Steakhouse | A | Dividend | | | Sold | 02/23/15 | J | | |
| 29. SPDR Gold | | None | | | Sold | 01/20/15 | J | A | |
| 30. | | None | J | T | Buy | 06/30/15 | J | | |
| 31. Seventy-Seven Energy | | None | J | T | Buy (add'l) | 05/28/15 | J | | |
| 32. Select Income REIT | A | Dividend | K | T | Buy (add'l) | 06/26/15 | J | | |
| 33. Stanley Black + Decker 5.75% | A | Interest | J | T | Sold (part) | 12/30/15 | J | A | |
| 34. Waste Management | A | Dividend | J | T | Buy | 02/11/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 36. Baron Asset Fund | B | Distribution | K | T | | | | | |
| 37. Fidelity Canada Fund | A | Distribution | J | T | Buy (add'l) | 03/06/15 | J | | |
| 38. Gabelli Asset Fund | B | Distribution | L | T | | | | | |
| 39. Janus Research Fund | B | Distribution | L | T | | | | | |
| 40. Landus Intl Fund | A | Distribution | K | T | | | | | |
| 41. Schwab Fin Svc | A | Distribution | J | T | | | | | |
| 42. Brokerage Money Market Fund | A | Distribution | J | T | | | | | |
| 43. Brokerage Account # 1, Charles Schwab | | | | | | | | | |
| 44. Money Market Fund | A | Distribution | J | T | | | | | |
| 45. Brokerage Account # 2, Charles Schwab | | | | | | | | | |
| 46. Scopia Partners | C | Distribution | N | T | | | | | |
| 47. IRA # 2, Charles Schwab | | | | | | | | | |
| 48. Advent Claymore ENHCD Fund | B | Dividend | J | T | | | | | |
| 49. American Electric Power | A | Dividend | | | Sold | 01/20/15 | J | A | |
| 50. Atlantic Power | A | Dividend | J | T | | | | | |
| 51. Blackrock Kelso | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cohen & Steers REIT | B | Dividend | K | T | | | | | |
| 53. Equity Commonwealth | A | Dividend | J | T | | | | | |
| 54. Compass Diversified | A | Dividend | J | T | Buy (add'l) | 01/28/15 | J | | |
| 55. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 56. EcoPetrol | A | Dividend | J | T | Buy (add'l) | 01/28/15 | J | | |
| 57. | | | | | Buy (add'l) | 03/02/15 | J | | |
| 58. Frontier Communications | A | Dividend | J | T | Buy (add'l) | 06/29/15 | J | | |
| 59. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 60. Invesco Corp | A | Dividend | J | T | | | | | |
| 61. Ishares Silver Trust | | None | J | T | | | | | |
| 62. Peabody Energy | A | Dividend | | | Sold | 02/03/15 | J | | |
| 63. Prospect Capital | A | Dividend | J | T | | | | | |
| 64. Select Income REIT | A | Dividend | J | T | Buy (add'l) | 04/28/15 | J | | |
| 65. Solar Capital | A | Dividend | | | Sold | 04/02/15 | J | | |
| 66. Toronto Dominion Bank | A | Dividend | J | T | Buy | 02/19/15 | J | | |
| 67. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 68. Turkish Inv Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Cohen & Steers Intl REIT | A | Distribution | | | Sold | 02/03/15 | J | | |
| 70. Money Market Fund | A | Distribution | J | T | | | | | |
| 71. Brokerage Act. # 3, Charles Schwab | | | | | | | | | |
| 72. AT & T | A | Dividend | J | T | | | | | |
| 73. Bank of America | A | Dividend | J | T | | | | | |
| 74. Equity Commonwealth | A | Dividend | J | T | | | | | |
| 75. Brokerage Money Market | A | Distribution | J | T | | | | | |
| 76. NON-MAR-FBO Trust # 1, Keybank | | | | | | | | | |
| 77. 3M | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 78. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 79. Abbott Labs | A | Dividend | J | T | | | | | |
| 80. Accenture PLC | A | Dividend | J | T | | | | | |
| 81. Albermarle | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 82. Amazon | | None | J | T | Sold (part) | 01/02/15 | J | B | |
| 83. | | | | | Sold (part) | 10/29/15 | J | B | |
| 84. Ameren | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 85. Amgen Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Anadarko Pete | A | Dividend | J | T | | | | | |
| 87. Apple Corp | | None | J | T | | | | | |
| 88. AT&T | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 89. Capitol One | A | Dividend | J | T | | | | | |
| 90. Celgene | | None | J | T | | | | | |
| 91. Cincinati Fin Corp | A | Dividend | J | T | | | | | |
| 92. Chevron | A | Dividend | | | Sold | 09/08/15 | J | | |
| 93. CME Group | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 94. CMS Energy | A | Dividend | J | T | | | | | |
| 95. Coca Cola | A | Dividend | | | Sold | 02/11/15 | J | A | |
| 96. Comcast | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 97. Conoco Phillips | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 98. CVS/Caremark | A | Dividend | J | T | Sold (part) | 02/11/15 | J | B | |
| 99. Danaher Corp | A | Dividend | J | T | | | | | |
| 100. Discover Fin | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 101. Dow Chemical | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 102. Energizer | A | Dividend | | | Buy | 02/11/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 09/05/15 | J | A | |
| 104. Edgewell Personal Care | A | Dividend | | | Spinoff (from line 102) | 07/01/15 | J | | |
| 105. | A | Dividend | | | Sold | 09/08/15 | J | | |
| 106. Exxon Mobil | A | Dividend | K | T | | | | | |
| 107. General Mills | A | Dividend | J | T | | | | | |
| 108. Google, Inc | | None | J | T | Sold (part) | 10/29/15 | J | A | |
| 109. Henry Schein, Inc. | A | Dividend | J | T | | | | | |
| 110. IBM | A | Dividend | J | T | | | | | |
| 111. Intel Corp | A | Dividend | J | T | | | | | |
| 112. Johnson & Johnson | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 113. JP Morgan | A | Dividend | J | T | | | | | |
| 114. Kraft Foods | A | Dividend | | | Sold | 05/29/15 | J | D | |
| 115. Lyondellbasel Ind | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 116. Mastercard | A | Dividend | J | T | | | | | |
| 117. McKesson Corp | A | Dividend | J | T | | | | | |
| 118. MetLife | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 119. Microsoft | A | Dividend | J | T | Buy | 02/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Morgan Stanley | A | Dividend | J | T | | | | | |
| 121. Nike | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 122. Oracle Corp | A | Dividend | J | T | | | | | |
| 123. Pepsico | A | Dividend | J | T | | | | | |
| 124. Phillips 66 | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 125. Proctor and Gamble | A | Dividend | J | T | | | | | |
| 126. Qualcom | A | Dividend | J | T | | | | | |
| 127. Republic Svc | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 128. Roper Tech | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 129. Sempra Energy | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 130. Starbucks Corp | A | Dividend | J | T | | | | | |
| 131. Thermo Fisher | A | Dividend | J | T | | | | | |
| 132. T. Rowe Price | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 133. United Parcel Service | A | Dividend | | | Sold | 09/08/15 | J | A | |
| 134. United Technologies | A | Dividend | J | T | | | | | |
| 135. Verizon | A | Dividend | J | T | | | | | |
| 136. Visa | A | Dividend | J | T | Sold (part) | 01/02/15 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Walt Disney Co | A | Dividend | K | T | | | | | |
| 138.  Wells Fargo | A | Dividend | J | T | Buy (add'l) | 09/17/15 | J | | |
| 139.  Williams Cos | A | Dividend | | | Buy | 09/17/15 | J | | |
| 140. | | | | | Sold | 10/29/15 | J | | |
| 141.  Zion Bankshares | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 142.  Harbor Intl Fund | C | Dividend | M | T | Buy (add'l) | 08/21/15 | J | | |
| 143.  Ishares Emerging Mkts | A | Distribution | K | T | Buy | 09/08/15 | K | | |
| 144.  Ishares Small Cap | C | Dividend | K | T | Buy (add'l) | 08/26/15 | J | | |
| 145.  Ishares Mid Cap | C | Distribution | M | T | | | | | |
| 146.  Neuberger Berman Emerging Mkts | A | Dividend | | | Sold | 09/02/15 | L | | |
| 147.  KT Short Term Fund | A | Distribution | J | T | Buy (add'l) | 09/30/15 | L | | |
| 148.  Penobscot Trading Co Ltd., Honolulu HI | | None | J | U | | | | | |
| 149.  Insurance Policies | | | | | | | | | |
| 150.  New York Life | B | Dividend | M | U | | | | | |
| 151.  New York Life | B | Dividend | L | U | | | | | |
| 152.  MONY | A | Dividend | J | U | | | | | |
| 153.  Washington National Life | A | Dividend | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Keybank Account # 2 | | | | | | | | | |
| 155. 3M Corp | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 156. Accenture | A | Dividend | J | T | Buy | 09/04/15 | J | | |
| 157. Albermarle | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 158. Amren Corp | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 159. Apache Corp | A | Dividend | | | Sold | 02/04/15 | J | B | |
| 160. Apple Corp | A | Dividend | K | T | | | | | |
| 161. AT&T | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 162. Burlington Stores | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 163. Camden National | A | Dividend | K | T | | | | | |
| 164. CMF | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 165. Celgene | | None | J | T | Sold (part) | 05/14/15 | J | B | |
| 166. Chevron | A | Dividend | J | T | | | | | |
| 167. CMF Group | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 168. CMS Energy | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 169. Comcast | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 170. Conoco Phillips | A | Dividend | J | T | Buy | 08/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Costco Wholesale | A | Dividend | J | T | | | | | |
| 172.  CVS/Caremark | A | Dividend | J | T | | | | | |
| 173.  Danaher Corp | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 174.  Diamondback Energy | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 175.  Walt Disney Co | A | Dividend | J | T | | | | | |
| 176.  Dow Chemical | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 177.  EMC Corp | A | Dividend | J | T | Buy | 09/04/15 | J | | |
| 178.  Exxon Mobil | A | Dividend | J | T | | | | | |
| 179.  Facebook | | None | J | T | Buy | 09/04/15 | J | | |
| 180.  General Mills | A | Dividend | J | T | | | | | |
| 181.  General Motors | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 182.  Google | | None | J | T | Buy | 09/04/15 | J | | |
| 183.  Home Depot | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 184.  Intel | A | Dividend | J | T | Buy | 09/04/15 | J | | |
| 185.  Intuit | A | Dividend | J | T | Buy | 09/28/15 | J | | |
| 186.  Johnson & Johnson | A | Dividend | J | T | Buy | 09/28/15 | J | | |
| 187.  Kraft Foods | A | Dividend | | | Sold | 05/14/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Lowes Corp | A | Dividend | J | T | | | | | |
| 189. Lyonbasell Ind | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 190. Mastercard | A | Dividend | J | T | Buy | 09/04/15 | J | | |
| 191. McDonalds | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 192. Memorial Resources Dev | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 193. Microsoft | A | Dividend | J | T | Buy | 09/04/15 | J | | |
| 194. Nextera Energy | A | Dividend | J | T | | | | | |
| 195. Nike | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 196. Oracle | A | Dividend | J | T | | | | | |
| 197. Pepsico | A | Dividend | K | T | | | | | |
| 198. Pfizer | A | Dividend | J | T | Buy | 09/28/15 | J | | |
| 199. Phillips 66 | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 200. Praxair | A | Dividend | J | T | | | | | |
| 201. Priceline | A | Dividend | J | T | Buy | 09/04/15 | J | | |
| 202. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 203. Qualcom, Inc. | A | Dividend | J | T | | | | | |
| 204. Republic Svc | A | Dividend | J | T | Buy | 08/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Roper Tech | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 206. Sempra Energy | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 207. Starbucks | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 208. ThermoFisher | A | Dividend | J | T | Buy | 09/28/15 | J | | |
| 209. Travelers Cos | A | Dividend | J | T | | | | | |
| 210. United Technologies | A | Dividend | K | T | | | | | |
| 211. United Health Group | A | Dividend | J | T | Sold (part) | 05/14/15 | J | B | |
| 212. Verizon | A | Dividend | J | T | | | | | |
| 213. Walt Disney Co | A | Dividend | J | T | | | | | |
| 214. Wells Fargo | A | Dividend | | | Sold | 05/14/15 | J | B | |
| 215. Williams Cos | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 216. Harbor Int'l Fund | C | Dividend | L | T | Sold (part) | 05/14/15 | K | A | |
| 217. | | | | | Buy (add'l) | 09/25/15 | K | | |
| 218. I Shares Mid-Cap | B | Dividend | M | T | Sold (part) | 05/14/15 | L | E | |
| 219. I Shares Small-Cap | B | Dividend | L | T | | | | | |
| 220. Neuberger Berman Emrg Mkts | B | Dividend | K | T | | | | | |
| 221. Federated Tax Free Obligations Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 17 of 19

Name of Person Reporting

**Gillmor, Helen**

Date of Report

04/13/2016

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following were errors on the 2012 Report:

Key Bank Small Cap Fund was sold 2/21/12 A, Dividend, L, D. Then named KT Small Cap Fund - it was mistakenly reported as still in the acount on 12/13/12 because the account also showed an asset called KT Short Term Fund.

3M was sold on 2/23/12 K D. It should not have been reported at year's end.

MetLife was sold (loss) on 6/13/12 J. It should not have been reported at year's end.

Devon Energy was a partial sale on 02/17/12 and 6/13/12. There was a final sale on 10/31/12, which was shown as a partial sale on the 2012 report. That sale should have been shown as a complete and final sale on the 2012 report. All sales were J C.

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/13/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helen Gillmor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544